■ In the Matter of the STATE OF NEW YORK, Respondent, v RICHARD W. ZIMMER, Appellant. (Appeal No. 3.) [879 NYS2d 756]—Appeal from an order of the Supreme Court, Oneida County (James C. Tormey, J.), entered March 24, 2008 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, denied respondent's motion for a protective order with respect to certain records.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.